*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.: <br> 1:18mj158 | Date and time warrant executed: <br> 10/02/2018 5:50 pm | Copy of warrant and inventory left with: <br> Joe Skelton |
| Inventory made in the presence of : <br> SA Peter Gonzalves and Joe Skelton | | |

Inventory of the property taken and name of any person(s) seized:

22 assorted suppressor parts (box)
28 assorted suppressor parts (bag)
5 pieces of paper
1 suppressor
5 firearm receivers
1 handgun slide
1 pencil box with firearms parts

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT - 5 2018

JULIA C. DUDLEY, CLERK
BY: *[signature]*
DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   10/02/2018

*[signature]*
Executing officer's signature

Ryan Temm, Special Agent
*Printed name and title*

*Returned to me this 5th day of October, 2018.*

*Pamela Meade Sargent*
*USMJ*